UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENECA SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>AUTOZONE, INC., and DOES 1-100,<br><br>    Defendants. | Case No.: 12-cv-06438-YGR<br><br>**ORDER GRANTING MOTION TO CHANGE DATE OF EVIDENTIARY HEARING** |

Plaintiff's former attorneys Lawrance Bohm and Bianca Saad have filed a Motion to Change Date of Evidentiary Hearing. (Dkt. No. 40.) Their request is based on Mr. Bohm having a previously-scheduled teaching engagement at Tulane University on January 10, 2014, the date of the evidentiary hearing. Alternatively, they request that Mr. Bohm's personal appearance be excused from the hearing. In its Response to Notice of Motion for Change of Date of Evidentiary Hearing, Defendant AutoZone does not object to changing the hearing date, but argues that Mr. Bohm is a necessary witness and that his appearance should not be excused. (*See* Dkt. No. 41.)

Accordingly, the Court **GRANTS** the request to change the date of the evidentiary hearing. The evidentiary hearing is rescheduled to **Tuesday, January 14, 2014 at 9:30 a.m.** in Courtroom 5. As previously ordered, Mr. Bohm, Ms. Saad, Plaintiff, and Defendant's counsel shall personally appear. (*See* Dkt. No. 39.)

This Order terminates Dkt. No. 40.

**IT IS SO ORDERED**.

Dated: January 6, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**